UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


K., et. al.

        v.                              Civil No. 09-cv-94-JL

New Hampshire Department of
Health and Human Services, et al.


**O R D E R**


Savita K's motion to extend her time to respond to the defendants' summary judgment motion (document no. 85) is GRANTED insofar as the defendants have assented to a brief extension, but is otherwise DENIED.  Savita K's counsel was either aware of her planned travel to Central America when she agreed to the summary judgment deadline in the proposed scheduling order, or aware of the summary judgment deadline when she planned her travel. Savita K shall file her objection to the defendants' summary judgment motion on or before **July 10, 2012**.


        **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: June 11, 2012

cc:  Nancy Sue Tierney, Esq.
     B.K., pro se
     James Spencer Culp, Esq.
     Jeanne P. Herrick, Esq.
     Nancy J. Smith, Esq.