UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

K. et al

        v.                                              Civil No. 09-cv-00094-JL

NH Department of Health
and Human Services, et al

O R D E R

TO:   Plaintiff, S. K.

     Court records indicate the withdrawal of your attorney Nancy Tierney, Esq., Esq.

     You are herewith directed to advise this court by July 17, 2012, of the name of a new attorney or, in the alternative, of your decision to appear pro se (without counsel).  *See* Local Rule 83.6(b) and (d).  Understand that you are under no obligation to retain counsel; you may prosecute this case yourself.

     If no new appearance or other response is received within the time specified, the file will be referred to a judicial officer for further action, which may include a dismissal of the case.

                                                    By the Court,

June 26, 2012                                */s/Charli M. Pappas*
                                                    Charli Pappas
                                                    Deputy Clerk

cc:     B. K, Pro se
        S. K
        Nancy Tierney, Esq.
        James Culp, Esq.