UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

B.K., et al.

     v.                   Civil No. 09-cv-94-JL

N.H. Department of Health and
Human Services, et al.

### O R D E R

Plaintiff B.K.'s motion to stay this case until September 5, 2012 is GRANTED.  While the court vehemently disagrees with nearly the entire substance of BK's motion, the fact remains that, as a result of other pressing matters--including a busy September trial schedule--it is highly unlikely that the court would have taken any action in this case prior to September 5, 2012 regardless.  For the same reason, the final pretrial conference in this matter is continued until Tuesday, **November 20, 2012, at 10:00 a.m.**, and trial is continued until Tuesday, **December 4, 2012 at 9:30 a.m.**

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  August 13, 2012

cc:  B.K., pro se
    S.K., pro se
    James Spencer Culp, Esq.
    Jeanne P. Herrick, Esq.

Nancy J. Smith, Esq.