UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>K. et al</u>

        v.                                Case No. 09-cv-94-JL

<u>NH Department of Health
and Human Services, et al</u>

ORDER OF DISMISSAL
AS TO PLAINTIFF S.K.

In accordance with the September 27, 2012 Order by the Court and Local Rule 1.3, plaintiff S. K. has not provided the court with the name of a new attorney or a pro se appearance as directed. Therefore, plaintiff S.K. is herewith dismissed without prejudice for failure to comply. The case shall proceed as to the remaining parties.

SO ORDERED.

October 15, 2012

_____
Joseph N. Laplante
Chief Judge

cc:    B. K.
        S. K.
        James Spencer Culp. Esq.
        Jeanne P. Herrick, Esq.
        Nancy Smith, Esq.